Name and address:
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated<br><br>Plaintiff(s)<br>v.<br>OPTUM HEALTH PLAN OF CALIFORNIA<br><br>Defendant(s). | CASE NUMBER<br>5:25-cv-01161-JGB-SP<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Paronich, Anthony I. of Paronich Law, P.C., 350 Lincoln Street, Suite 2400, Hingham, MA 02043

*Applicant's Name (Last Name, First Name & Middle Initial)*

(617) 485-0018
*Telephone Number*    *Fax Number*

anthony@paronichlaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

LISETH AGUIRRE

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Oliver, Dana J. of OLIVER LAW CENTER, INC., 8780 19th Street #559, Rancho Cucamonga, CA 91701

*Designee's Name (Last Name, First Name & Middle Initial)*

291082      855-384-3262      888-570-2021
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dana@danaoliverlaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
     [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
     [ ] for failure to complete Application: _____
     [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
     [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
     [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [X] be refunded [ ] not be refunded.

Dated    June 10, 2025

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1