TROUTMAN PEPPER LOCKE LLP
Chad R. Fuller (SBN 190830)
chad.fuller@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858.509.6000
Facsimile: 858.509-6040

*Attorneys For Defendant*
*Optum Health Plan of California*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISETH AGUIRRE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OPTUM HEALTH PLAN OF CALIFORNIA,<br><br>　　　　　Defendant. | Case No. 5:25-cv-01161-JGB (SPx)<br><br>(Assigned to Hon. Jesus G. Bernal)<br><br>**DEFENDANT'S UNOPPOSED APPLICATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint Filed: May 12, 2025 |

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Optum Health Plan of California ("Optum"), by counsel, moves the Court for an Order extending the time in which Optum has to answer, move, or otherwise respond to Plaintiff Liseth Aguirre's ("Plaintiff") Complaint up to and including July 21, 2025.

　　　1.　　The Complaint was filed on May 12, 2025. (Dkt. 1).

　　　2.　　On May 29, 2025, Optum was served with the Complaint and Summons.

　　　3.　　Optum's response to the Complaint is currently due on June 19, 2025.

　　　4.　　Optum requests an extension on its responsive pleading deadline to thoroughly investigate the allegations of the Complaint, analyze the claims asserted by Plaintiff, and prepare an appropriate response.

1      5.    Optum requests up to and including July 21, 2025, to respond to Plaintiff's Complaint.

    6.    Plaintiff does not oppose the relief requested herein.

    7.    The requested extension of time will not prejudice Plaintiff and will not unduly delay this litigation.

    8.    This is the first request by Optum seeking such an extension.

    9.    For the foregoing reasons, there is good cause to grant the relief requested by Optum.

WHEREFORE, Optum respectfully requests that the Court enter an Order extending Optum's time to respond to the Complaint up to, and including, July 21, 2025.

Dated:    June 18, 2025    **TROUTMAN PEPPER LOCKE LLP**

*/s/ Chad Fuller*
Chad Fuller

*Attorneys for Defendant*
*Optum Health Plan of California*

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

# CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, the foregoing *DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Chad Fuller*
Chad Fuller

*Attorneys for Defendant*
*Optum Health Plan of California*