TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, | Case No. 5:25-cv-01161-JGB (SPx) |
| Plaintiff, | (Assigned to Hon. Jesus G. Bernal) |
| vs. | **[PROPOSED] ORDER GRANTING APPLICATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| OPTUM HEALTH PLAN OF CALIFORNIA, | |
| Defendant. | |
| | Action Filed:   May 12, 2025 |

The Court, having read and considered Defendant Optum Health Plan of California's ("Optum") Application to Extend Time for Defendant to Respond to the Complaint, and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Defendant's time to file a response to the Complaint shall be extended up to and including July 21, 2025.

**SO ORDERED.**

Dated: _____

The Honorable Jesus G. Bernal
United States District Court Judge