Name and address:
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262
Facsimile: (888) 570-2021

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LISETH AGUIRRE, on behalf of herself and others similarly situated,

Plaintiff(s)

v.

OPTUM HEALTH PLAN OF CALIFORNIA,

Defendant(s).

CASE NUMBER

5:25-cv-01161-JGB (SPx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Davidson, James L.                           of     Greenwald Davidson Radbil PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*     5550 Glades Road, Suite 500
561-826-5477                                         Boca Raton, FL 33431
*Telephone Number*         *Fax Number*
jdavidson@gdrlawfirm.com
*E-Mail Address*                             *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Liseth Aguirre

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel
Dana J. Oliver                              of     Oliver Law Center, Inc.
*Designee's Name (Last Name, First Name & Middle Initial)*     8780 19th Street #559
291082            (855) 384-3262                     Rancho Cucamonga, CA 91701
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
dana@danaoliverlaw.com
*E-Mail Address*                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____                                 _____
                                             U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1