UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OPTUM HEALTH PLAN OF CALIFORNIA,<br><br>　　　　　Defendant. | Case No. 5:25-cv-01161-JGB (SPx)<br><br>**ORDER GRANTING APPLICATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Action Filed:　　May 12, 2025 |

　　The Court, having read and considered Defendant Optum Health Plan of California's ("Optum") Application to Extend Time for Defendant to Respond to the Complaint, and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

　　1.　The Defendant's time to file a response to the Complaint shall be extended up to and including July 21, 2025.

　　**SO ORDERED.**

　Dated:　June 24, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge