Name and address:
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262
Facsimile: (888) 570-2021

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>OPTUM HEALTH PLAN OF CALIFORNIA,<br><br>Defendant(s). | CASE NUMBER<br><br>5:25-cv-01161-JGB (SPx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Davidson, James L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

561-826-5477
*Telephone Number*      *Fax Number*

jdavidson@gdrlawfirm.com
*E-Mail Address*

of

Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Liseth Aguirre

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other: _____

and designating as Local Counsel
Dana J. Oliver
*Designee's Name (Last Name, First Name & Middle Initial)*

291082             (855) 384-3262
*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

dana@danaoliverlaw.com
*E-Mail Address*

of

Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
            [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            [ ] for failure to complete Application: _____
            [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
            [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee [ ] be paid; [ ] be refunded; [ ] not be refunded.

Dated  June 25, 2025

*(signature)*
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1