Jessamyn E. Vedro (SBN: 280209)
Jessamyn.vedro@troutman.com
Troutman Pepper Locke LLP
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213-928-9800
Facsimile: 213-928-9850

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LISETH AGUIRRE, on behalf of herself and others similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:25-cv-01161-JGB (SPx) |
| v. OPTUM HEALTH PLAN OF CALIFORNIA | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Flynn, Virginia B.    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

704-916-1509          704-998-4051

*Telephone Number*       *Fax Number*

virginia.flynn@troutman.com

*E-Mail Address*

Troutman Pepper Locke LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Optum Health Plan of California

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Vedro, Jessamyn E.    of

*Designee's Name (Last Name, First Name & Middle Initial)*

280209          213-928-9800       213-928-9850

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

Jessamyn.vedro@troutman.com

*E-Mail Address*

Troutman Pepper Locke LLP
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:    ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**