1  TROUTMAN PEPPER LOCKE LLP
   Chad Fuller (SBN 190830)
2  chad.fuller@troutman.com
   11682 El Camino Real, Suite 400
3  San Diego, CA 92130
   Telephone: 858.509.6000
4  Facsimile: 858.509.6040

5  TROUTMAN PEPPER LOCKE LLP
   Jessamyn E. Vedro, Bar No. 280209
6  jessamyn.vedro@troutman.com
   350 South Grand Ave, Suite 3400
7  Los Angeles, CA 90071
   Telephone: 213.928.9800

8
   *Attorneys for Defendants*
9  *Optum Health Plan of California*
   *and Monarch Healthcare,*
10 *A Medical Group, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LISETH AGUIRRE, | Case No. 5:25-cv-01161-JGB (SPx) |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| OPTUM HEALTH PLAN OF CALIFORNIA, ET AL., | [*Filed Concurrently with Memorandum of Points and Authorities; [Proposed] Order Lodged Concurrently*] |
| Defendants. | Date: August 18, 2025<br>Time: 9:00 a.m.<br>Judge: Jesus G. Bernal<br>Place: Riverside, Courtroom 1 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 18, 2025, at 9:00 a.m., in the above-captioned Court, located at the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street Riverside, CA 92501-3801, Courtroom 1, the named defendants in this case ("Defendants") will and do hereby move the Court to dismiss the Complaint (the "Complaint") for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

All claims should be dismissed for failure to state a claim. All claims should be dismissed in their entirety with prejudice.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on July 21, 2025. Plaintiff opposes the relief requested in this motion.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, any evidence or argument presented at the hearing, and all papers on file with the Court.

Dated: July 21, 2025         TROUTMAN PEPPER LOCKE LLP


By: */s/ Jessamyn E. Vedro*
    Chad R. Fuller
    Jessamyn E. Vedro

*Attorneys for Defendants Optum Health Plan of California and Monarch Healthcare, A Medical Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2025, the foregoing ***DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT*** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ Jessamyn E. Vedro*
    Chad R. Fuller
    Jessamyn E. Vedro

*Attorneys for Defendants Optum Health Plan of California and Monarch Healthcare, A Medical Group, Inc.*