1  TROUTMAN PEPPER LOCKE LLP
   Chad Fuller (SBN 190830)
2  chad.fuller@troutman.com
   11682 El Camino Real, Suite 400
3  San Diego, CA 92130
   Telephone:  858.509.6000
4  Facsimile:   858.509.6040

5  TROUTMAN PEPPER LOCKE LLP
   Jessamyn E. Vedro, Bar No. 280209
6  jessamyn.vedro@troutman.com
   350 South Grand Ave, Suite 3400
7  Los Angeles, CA 90071
   Telephone: 213.928.9800

8
   *Attorneys for Defendants*
9  *Optum Health Plan of California*
   *and Monarch Healthcare,*
10 *A Medical Group, Inc.*

11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, | Case No. 5:25-cv-01161-JGB (SPx) |
| Plaintiff, | ***Assigned to Hon. Jesus G. Bernal*** |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT** |
| OPTUM HEALTH PLAN OF CALIFORNIA, ET AL., | |
| Defendants. | Complaint Filed: May 12, 2025 |

Having considered the parties' submissions and arguments, the Court grants Defendants' Motion to Dismiss the Complaint as follows:

- All claims are dismissed for failure to state a claim, pursuant to Rule 12(b)(6).
- All claims are dismissed in their entirety with prejudice.

**IT IS SO ORDERED.**

Dated: _____     _____
                                  The Honorable Jesus G. Bernal
                                  United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, the foregoing *[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT* was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which will then send a notification of such filing to counsel of record.

*/s/ Jessamyn E. Vedro*
Chad R. Fuller
Jessamyn E. Vedro

*Attorneys for Defendant Optum Health Plan of California and Monarch Healthcare, A Medical Group, Inc.*