Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262
Facsimile: (888) 570-2021

Local Counsel for Plaintiff and
the proposed Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH HEALTHCARE, A MEDICAL GROUP, INC.,<br><br>Defendant. | Civil Case No.: 5:25-cv-01161-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF OPTUM HEALTH PLAN OF CALIFORNIA** |

On July 17, 2025, Liseth Aguirre ("Plaintiff") filed an amended class action complaint substituting Monarch Healthcare, A Medical Group, Inc. for Optum Health Plan of California as the defendant in this matter. ECF No. 25. So the record is clear, pursuant to Rule 41(a)(1)(A)(i), Plaintiff now voluntarily dismisses Optum Health Plan of California as a party defendant, without prejudice. This case will continue as to defendant Monarch Healthcare, A Medical Group, Inc.

1

| | | |
|---|---|---|
| 1 | Date: July 23, 2025 | /s/ *Dana J. Oliver* |
| 2 | | Dana J. Oliver, Esq. (SBN: 291082) |
| 3 | | Oliver Law Center, Inc. |
| 4 | | *Local Counsel for Plaintiff and the proposed Class* |
| 5 | | |
| 6 | | /s/ *James L. Davidson* |
| 7 | | James L. Davidson* |
| 8 | | Greenwald Davidson Radbil PLLC |
| | | 5550 Glades Road, Suite 550 |
| 9 | | Boca Raton, Florida 33431 |
| 10 | | Tel: (561) 826-5477 |
| | | jdavidson@gdrlawfirm.com |
| 11 | | |
| 12 | | Anthony I. Paronich* |
| 13 | | Paronich Law, P.C. |
| | | 350 Lincoln Street, Suite 2400 |
| 14 | | Hingham, MA 02043 |
| 15 | | Tel: (617) 485-0018 |
| | | Fax: (508) 318-8100 |
| 16 | | anthony@paronichlaw.com |
| 17 | | |
| 18 | | *Counsel for Plaintiff and the proposed class* |
| 19 | | |
| 20 | | *admitted *pro hac vice* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2