```
James L. Davidson*
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 550
Boca Raton, Florida 33431
Tel: (561) 826-5477
jdavidson@gdrlawfirm.com

Counsel for Plaintiff and the
proposed class
```

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MONARCH HEALTHCARE, A MEDICAL GROUP, INC.,<br><br>    Defendant. | Civil Case No.: 5:25-cv-01161-JGB-SP<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR HER COUNSEL TO APPEAR REMOTELY AT THE AUGUST 18, 2025 HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>**Date:** August 18, 2025<br>**Time:** 9:00 a.m.<br>**Place:** Riverside, Courtroom 1<br>**Judge:** Hon. Jesus G. Bernal |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 18, 2025, at 9:00 a.m., in the above-captioned Court, located at the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street Riverside, CA 92501-3801, Courtroom 1, Liseth Aguirre ("Plaintiff") will move the Court for her counsel to appear remotely at the August 18, 2025 hearing on Defendant's motion to dismiss.

1

Date: August 5, 2025

*/s/ James L. Davidson*
James L. Davidson*
Greenwald Davidson Radbil PLLC

Anthony I. Paronich*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Counsel for Plaintiff and the proposed class

Dana J. Oliver, Esq. (SBN: 291082)
Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262
Facsimile: (888) 570-2021
dana@danaoliverlaw.com

Local Counsel for Plaintiff and the proposed Class


*admitted *pro hac vice*