1 | James L. Davidson*
2 | Greenwald Davidson Radbil PLLC
3 | 5550 Glades Road, Suite 550
  | Boca Raton, Florida 33431
4 | Tel: (561) 826-5477
5 | jdavidson@gdrlawfirm.com
6 | Counsel for Plaintiff and the
7 | proposed class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MONARCH HEALTHCARE, A MEDICAL GROUP, INC.,<br><br>Defendant. | Civil Case No.: 5:25-cv-01161-JGB-SP<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR HER COUNSEL TO APPEAR REMOTELY AT THE AUGUST 18, 2025 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Liseth Aguirre ("Plaintiff") requests that her counsel be allowed to appear remotely for the upcoming August 18, 2025 hearing on Monarch Healthcare, A Medical Group, Inc.'s ("Defendant") motion to dismiss, and in support, states as follows:

1. This is a proposed class action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227.

1

2. Defendant filed a motion to dismiss the pending complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and briefing is now closed. ECF Nos. 28, 30-31.

3. Defendant's motion to dismiss is set for hearing before this Court on August 18, 2025 at 9:00 a.m. at the Riverside Courthouse. *See* ECF No. 28.

4. Co-lead counsel for Plaintiff, Anthony Paronich—who will be presenting argument for Plaintiff at the hearing—resides in Hingham, Massachusetts. Plaintiff's other co-lead counsel, James Davidson, resides in Boca Raton, Florida.

5. To limit costs associated with travel to California—which may ultimately be borne by class members should a class be certified and a settlement be reached in this matter—counsel for Plaintiff respectfully request that this Court allow their appearances remotely at the August 18, 2025 hearing. Plaintiff's counsel are available to appear by Zoom, or by telephone or any other remote manner that the Court utilizes.

6. Counsel for Plaintiff conferred with counsel for Defendant on July 28, 2025. Defendant does not oppose the relief requested in this motion.

WHEREFORE, counsel for Plaintiff respectfully requests that this Court allow their appearances remotely at the August 18, 2025 motion to dismiss hearing.

Date: August 5, 2025

*/s/ James L. Davidson*
James L. Davidson*
Greenwald Davidson Radbil PLLC

Anthony I. Paronich*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100

anthony@paronichlaw.com

Counsel for Plaintiff and the proposed class

Dana J. Oliver, Esq. (SBN: 291082)
Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262
Facsimile: (888) 570-2021
dana@danaoliverlaw.com

Local Counsel for Plaintiff and the proposed Class

*admitted *pro hac vice*