# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH HEALTHCARE, A MEDICAL GROUP, INC.,<br><br>Defendant. | Civil Case No.: 5:25-cv-01161-JGB-SP<br><br>**PROPOSED ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR HER COUNSEL TO APPEAR REMOTELY AT THE AUGUST 18, 2025 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Before the Court is Plaintiff's unopposed motion for her counsel to appear remotely at the August 18, 2025 hearing on Defendant's motion to dismiss. Having considered the Motion, and for good cause shown:

IT IS ORDERED that the Motion [#____] is GRANTED.

Dated: _____        _____

UNITED STATES DISTRICT JUDGE

1