Jessamyn E. Vedro (SBN: 280209)
Jessamyn.vedro@troutman.com
Troutman Pepper Locke LLP
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213-928-9800
Facsimile: 213-928-9850

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LISETH AGUIRRE, on behalf of herself and others similarly situated,

Plaintiff(s)

v.

OPTUM HEALTH PLAN OF CALIFORNIA

Defendant(s).

CASE NUMBER

5:25-cv-01161-JGB (SPx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Flynn, Virginia B.
*Applicant's Name (Last Name, First Name & Middle Initial*

704-916-1509            704-998-4051
*Telephone Number*      *Fax Number*

virginia.flynn@troutman.com
*E-Mail Address*

of Troutman Pepper Locke LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Optum Health Plan of California

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

and designating as Local Counsel

Vedro, Jessamyn E.
*Designee's Name (Last Name, First Name & Middle Initial*

280209                  213-928-9800            213-928-9850
*Designee's Cal. Bar No.* *Telephone Number*   *Fax Number*

Jessamyn.vedro@troutman.com
*E-Mail Address*

of Troutman Pepper Locke LLP
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded ☐ not be refunded.**

Dated: August 5, 2025

*[signature]*

U.S. District Judge/~~U.S. Magistrate Judge~~