Jessamyn E. Vedro (SBN: 280209)
Jessamyn.vedro@troutman.com
Troutman Pepper Locke LLP
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213-928-9800
Facsimile: 213-928-9850

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated,<br><br>Plaintiff(s) | CASE NUMBER<br><br>5:25-cv-01161-JGB (SPx) |
| v.<br>OPTUM HEALTH PLAN OF CALIFORNIA<br><br>Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

DiPasquale, Noah
*Applicant's Name (Last Name, First Name & Middle Initial*

804-697-1266          804-697-1339
*Telephone Number          Fax Number*

noah.dipasquale@troutman.com
*E-Mail Address*

of     Troutman Pepper Locke LLP
1001 Haxall Point
Richmond, VA 23219

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Optum Health Plan of California

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Vedro, Jessamyn E.
*Designee's Name (Last Name, First Name & Middle Initial*

280209          213-928-9800          213-928-9850
*Designee's Cal. Bar No.     Telephone Number     Fax Number*

Jessamyn.vedro@troutman.com
*E-Mail Address*

of     Troutman Pepper Locke LLP
350 South Grand Ave., Suite 3400
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded, ☐ not be refunded.**

**Dated: August 5, 2025**

_____
**U.S. District Judge/U.S. Magistrate Judge**