# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH HEALTHCARE, A MEDICAL GROUP, INC.,<br><br>Defendant. | Civil Case No.: 5:25-cv-01161-JGB-SP<br><br>**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR HER COUNSEL TO APPEAR REMOTELY AT THE AUGUST 18, 2025 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Before the Court is Plaintiff's unopposed motion for her counsel to appear remotely at the hearing on Defendant's motion to dismiss. Having considered the Motion, all parties may appear via Zoom.

IT IS ORDERED.

Dated: August 13, 2025

_____
Jesus G. Bernal, U.S. District Judge

1