James L. Davidson*
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 550
Boca Raton, Florida 33431
Tel: (561) 826-5477
jdavidson@gdrlawfirm.com

Counsel for Plaintiff and the proposed class

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MONARCH HEALTHCARE, A MEDICAL GROUP, INC.,<br><br>Defendant. | Civil Case No.: 5:25-cv-01161-JGB-SP<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

    Liseth Aguirre gives notice that she appeals to the United States Court of Appeals for the Ninth Circuit from this Court's October 24, 2025 Order granting Monarch Healthcare, A Medical Group, Inc.'s motion to dismiss without leave to amend, ECF No. 38.

1

| | | |
|---|---|---|
| 1 | Date: November 10, 2025 | /s/ James L. Davidson |
| 2 | | James L. Davidson* |
| | | Greenwald Davidson Radbil PLLC |

Anthony I. Paronich*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Counsel for Plaintiff and the proposed class

Dana J. Oliver, Esq. (SBN: 291082)
Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262
Facsimile: (888) 570-2021
dana@danaoliverlaw.com

Local Counsel for Plaintiff and the proposed Class

*admitted pro hac vice