# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE<br><br>Plaintiff(s)<br>v.<br>MONARCH HEALTHCARE, A MEDICAL GROUP, INC<br><br>Defendant(s) | CASE NUMBER<br>5:25-cv-01161<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Monarch Healthcare, A Medical Group, Inc.   ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute   Michael Turrill   who is

☒ Retained Counsel ☒ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

1999 Avenue of the Stars Suite 1400
*Street Address*

Los Angeles, CA 90067                                michael.turrill@hoganlovells.com
*City, State, Zip*                                              *E-Mail Address*

310.785.4600                310.785.4601                185263
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record instead of   Chad R. Fuller, Virginia Bell Flynn, Peter Yould,
*List **all** attorneys from same firm or agency who are withdrawing.*

Noah DiPasquale

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**