# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETH AGUIRRE<br><br>Plaintiff(s)<br><br>v.<br><br>MONARCH HEALTHCARE, A MEDICAL GROUP, INC<br><br>Defendant(s) | CASE NUMBER<br>5:25-cv-01161-JGB-SPx<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Monarch Healthcare, A Medical Group, Inc.     ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute     Michael Turrill                                          who is

☒ Retained Counsel  ☒ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

1999 Avenue of the Stars Suite 1400
*Street Address*

Los Angeles, CA 90067                    michael.turrill@hoganlovells.com
*City, State, Zip*                        *E-Mail Address*

310.785.4600              310.785.4601              185263
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of  Chad R. Fuller, Virginia Bell Flynn, Peter Yould,
*List **all** attorneys from same firm or agency who are withdrawing.*

Noah DiPasquale

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   December 22, 2025

*U. S. District Judge/U.S. Magistrate Judge*

G–01 ORDER (02/24)     **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**