| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 3 2026<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| LISETH AGUIRRE, on behalf of herself and others similarly situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>MONARCH HEALTHCARE, A MEDICAL GROUP, INC.,<br><br>        Defendant - Appellee. | No. 25-7123<br><br>D.C. No. 5:25-cv-01161-JGB-SP<br>Central District of California, Riverside<br><br>ORDER |

Pursuant to the parties' stipulation (Docket Entry No. 29), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

                                       FOR THE COURT:

                                       MOLLY C. DWYER<br>
                                       CLERK OF COURT